Jack Silver, Esq. SB  #160575
E-mail:lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SBN 141372
Email: Weinsoff@ix.netcom.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit Corporation,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF MADERA, et al<br><br>Defendants.<br>_____ / | Case No.: 1:13-cv-01893-AWI-SMS<br><br>**EX PARTE REQUEST FOR RELIEF FROM SCHEDULING CONFERENCE SCHEDULE; DECLARATION OF JACK SILVER; ORDER THEREON [Civil L. R. 144(c)]**<br><br>Date:   February 19, 2014<br>Time:   8:30 a.m.<br>Ctrm:   1 |

Plaintiff CALIFORNIA RIVER WATCH hereby moves for relief from the Order Setting Mandatory Scheduling Conference issued by this Court on November 21, 2013 (Dkt #3) in that Plaintiff moves to extend all deadlines set in said Order for period of sixty (60) days.

Dated: February 4, 2014                    */s/ Jack Silver*
                                            JACK SILVER
                                            Attorney for Plaintiff
                                            CALIFORNIA RIVER WATCH

1
Ex Parte Request for Relief From Scheduling Conference Schedule

## DECLARATION OF JACK SILVER

1. I am attorney for Plaintiff herein, have personal knowledge of all matters stated herein, and, if called as a witness, could and would testify competently thereto.

2. This action is a complaint for injunctive relief, civil penalties and restitution brought against Defendant County of Madera for current and ongoing violations of the Safe Drinking Water Act, 42 U.S.C. § 300f *et seq*. The action was filed on November 21, 2013. Defendant was served with the pleadings by way of Waiver of Service on December 11, 2013 sent to Douglas Nelson, County Counsel for the County of Madera representing Defendant at that time.  No appearance has been filed on behalf of Defendant. Defendant's initial responsive pleading is due on February 10, 2014.

3. On January 29, 2014 co-counsel for Plaintiff David Weinsoff was contacted by Attorney Matthew E. Fletcher of McCormick Barstow LLP who advised he would be assuming representation of the Defendant, and had only recently received the file. Attorney Fletcher advised that Defendant County of Madera was very interested in opening a dialogue regarding informal resolution of this case without the need for further litigation. Following that conversation, it was agreed that the parties would focus their efforts in the next few weeks on negotiating a resolution of Plaintiff's claims as identified in the Complaint.

4. As the current scheduling Order includes the submission of a Joint Scheduling Report on February 12, 2014 and a Scheduling Conference on February 19, 2014, I respectfully request that all deadlines be extended for a period of sixty (60) days to allow the parties time to negotiate a resolution of this matter absent further litigation. No trial or pre-trial has been scheduled and no discovery has commenced.   The continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Santa Rosa, California on February 4, 2014.

*/s/ Jack Silver*
JACK SILVER

**ORDER**

GOOD CAUSE APPEARING, it is hereby,

**ORDERED,** that the deadlines set forth in the Order Setting Mandatory Scheduling Conference be extended as follows:

Last day to confer re:
- nature of claims and defenses
- possibilities for prompt settlement/resolution
- arrangement for Rule 26(a)(1) disclosures
- development a proposed discovery plan           -      March 26, 2014

Last day to file Joint Scheduling Report            -      April 9, 2014

Scheduling Conference - 10:30 a.m. - Courtroom 1    -      April 16, 2014

**IT IS FURTHER ORDERED** that the time within which a responsive pleading to the Complaint may be filed by Defendant COUNTY OF MADERA is extended to March 19, 2014.

Dated:  2/7/2014               /s/ SANDRA M. SNYDER
                               U.S. MAGISTRATE JUDGE