Jack Silver, Esq. SB #160575
E-mail: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675

David J. Weinsoff, Esq. SBN 141372
Email: Weinsoff@ix.netcom.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Matthew E. Fletcher, #198028
matt.fletcher@mccormickbarstow.com
Melody A. Hawkins, #226522
melody.hawkins@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
COUNTY OF MADERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH, | Case No. 1:13-CV-01893-AWI-SMS |
| Plaintiff, | **STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO EXCHANGE RULE 26 INITIAL DISCLOSURES AND ORDER THEREON** |
| v. | |
| COUNTY OF MADERA, | |
| Defendant. | |

### STIPULATION OF THE PARTIES

1. Pursuant to Scheduling Conference Order issued in the above-captioned case, Plaintiff CALIFORNIA RIVER WATCH ("Plaintiff") and Defendant COUNTY OF MADERA ("Defendant")

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION TO EXTEND TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND [PROPOSED] ORDER THEREON

1. (collectively referred to herein as the "PARTIES") are to exchange their respective Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) on or before June 4, 2014.

2. The PARTIES are actively working towards the resolution of this action by settlement. (Declaration of Melody A. Hawkins Regarding Good Cause To Extend Time To Make Rule 26 Initial Disclosures submitted concurrently herewith as Exhibit "A" and incorporated herein by reference ("Hawkins Decl.") , ¶ 4.) The PARTIES acknowledge and agree, however, that additional time is needed in order to finalize the terms of the settlement.  (*Id.* at ¶ 7.)

3. The PARTIES acknowledge and agree that in light of the fact that they are actively working towards the resolution of this action by settlement, good cause exists for extending the time to exchange their respective Rule 26(a)(1) Initial Disclosures. The PARTIES acknowledge and agree that such extension will allow them the additional time necessary to work towards settlement and potentially avoid incurring any additional time or expense in the preparation of their respective Initial Disclosures.  (Hawkins Decl., ¶ 7.)

4. Accordingly, pursuant to Fed. R. Civ. P. 26(a)(1)(C), the PARTIES, by and through their counsel of record, have agreed and stipulated to extend the deadline for the exchange of their respective Rule 26(a)(1) Initial Disclosures to Thursday, July 10, 2014.  (*Id.*)

**IT IS SO AGREED.**

Dated:  June 2, 2014                                             Respectfully submitted,

LAW OFFICE OF JACK SILVER

By: _____/s/ Jack Silver_____
Jack Silver
Attorneys for Plaintiff CALIFORNIA RIVER WATCH

*Signatures continued on page 3.*

Dated: June 2, 2014                                       Respectfully submitted,

                                                LAW OFFICE OF DAVID J. WEINSOFF


                                          By:        /s/ David J. Weinsoff
                                                       David J. Weinsoff
                                           Attorneys for Plaintiff CALIFORNIA RIVER
                                                              WATCH


Dated: June 2, 2014                                       Respectfully submitted,

                                                McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP


                                          By:        /s/ Matthew E. Fletcher
                                                       Matthew E. Fletcher
                                           Attorneys for Defendant COUNTY OF MADERA


**IT IS SO ORDERED.**


                                          /s/ SANDRA M. SNYDER
DATED:  6/4/2014                          UNITED STATES MAGISTRATE JUDGE


54322-00034 2956187.1

---

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

STIPULATION TO EXTEND TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND [PROPOSED] ORDER THEREON