Jack Silver, Esq. SB   #160575
E-mail:lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB # 141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (415) 460-9762

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH<br>a 501(c)(3),non-profit, Public Benefit Corporation,<br><br>            Plaintiff,<br>v.<br><br>COUNTY OF MADERA, et al,<br><br>            Defendants.<br>_____/ | CASE NO.: 1:13-CV-01893-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**;   **ORDER**<br>**[FRCP § 41(a)(1)(ii)]**<br><br>Trial Date:   December 8, 2015 |

    IT IS HEREBY STIPULATED by and between plaintiff CALIFORNIA RIVER WATCH and defendant COUNTY OF MADERA by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto to bear its own costs and attorney's fees.

DATED: July 25, 2014                    McCORMICK, BARSTOW, SHEPPARD, WAYNE & CARRUTH LLP


                                        By:    */s/ Matthew E. Fletcher*
                                            Matthew E. Fletcher
                                            Attorney for Defendant
                                            COUNTY OF MADERA

Stipulation for Dismissal With Prejudice [Proposed] Order
1:13-cv-01893-AWI-SMS

1  In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from each of the signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of July, 2014.

DATED: <u>July 25, 2014</u>                    LAW OFFICE OF JACK SILVER

                                              By: <u>  */s/ Jack Silver*  </u>
                                                   Jack Silver
                                                   Attorney for Plaintiff
                                                   CALIFORNIA RIVER WATCH

### **ORDER**

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   July 25, 2014                    _____
                                                      SENIOR   DISTRICT   JUDGE